# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHAEL P. DICUS, SR.,** *et al.*, | * | |
| Plaintiffs | * | |
| | | CIVIL NO. JKB-16-3337 |
| v. | * | |
| **SSC OPERATING CO. LLC** **T/A GLEN BURNIE HEALTH AND REHABILITATION CENTER** *et al.*, | * * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Defendants on November 3, 2016 (ECF No. 6), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 3rd day of November, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge